UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CHARLES PRAY,

                *Plaintiff,*

-against-

CORRECTION OFFICER FREDERICK BREYETTE,

                *Defendant.*

**STIPULATION AND ORDER OF PARTIAL DISCONTINUANCE PURSUANT TO FRCP 41(a)**

9:20-CV-1585
(GLS/ATB)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for plaintiff and defendant, Correction Officer Frederick Breyette, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above entitled action be and the same hereby is partially discontinued on the following grounds and conditions:

1. Plaintiff voluntarily discontinues all Fourteenth Amendment claims in the Complaint asserted against defendant with prejudice and without damages, costs, interest or attorneys' fees;

2. Plaintiff voluntarily discontinues all Fifth Amendment claims in the Complaint asserted against defendant with prejudice and without damages, costs, interest or attorneys' fees;

3. Plaintiff voluntarily discontinues all Fourth Amendment claims in the Complaint asserted against defendant with prejudice and without damages, costs, interest or attorneys' fees; and

4. The foregoing constitutes the entire agreement of the parties.

**IT IS FURTHER AGREED** that this stipulation may be signed and/or executed by facsimile/electronic means and a facsimile/electronic copy may be filed without further notice with the Clerk of the Court.

Dated: W. Babylon, New York
January 19, 2021

*[signature]*

**Andrew F. Plasse, Esq.**
Attorney for Plaintiff
Plasse & Associates LLC
163-07 Depot Road, Ste. 205
Flushing, NY 11358
Telephone: (212) 695-5811
Email: Afp490@aol.com

Dated: Albany, New York
January 19, 2021

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendant
The Capitol
Albany, New York 12224-0341

*[signature]*

**David C. White, Esq.**
Assistant Attorney General, of Counsel
Bar Roll No. 700203
Telephone: (518) 776-2601
Email: David.White@ag.ny.gov

Dated: Albany, New York
January 22, 2021

SO ORDERED:

*[signature]*
Hon. Gary L. Sharpe
UNITED STATES DISTRICT JUDGE

2